AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARCUS JACKSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV624-1

JACOB BEASLEY, Warden, and JOHN DOE,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated March 1, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion.  Therefore, Plaintiff's objections are overruled and the case is dismissed without prejudice.  This civil action stands closed.

| 3/1/2024 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020